```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26802
     JAMES E KIRKENDALL SR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-4930


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/06/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  83.44% from remaining funds.

     The case was paid in full 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
GREATER SUBURBAN ACCEPTA  SECURED           6650.00         1182.31         6650.00
NATIONAL CITY BANK        CURRENT MORTG         .00             .00             .00
BELLWOOD WATER DEPARTMEN  SECURED            300.00             .00          300.00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00             .00
AMSHER COLLECTION SERVIC  UNSECURED       NOT FILED             .00             .00
T-MOBILE BANKRUPTCY       NOTICE ONLY     NOT FILED             .00             .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED             .00             .00
CERTIFIED RECOVERY SYSTE  UNSECURED       NOT FILED             .00             .00
FAST CASH                 NOTICE ONLY     NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED          964.00             .00          804.40
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED             .00             .00
FAST CASH ADVANCE         UNSECURED          519.21             .00          433.25
FIRST FRANKLIN FINANCIAL  UNSECURED       NOT FILED             .00             .00
PREMIER BANCARD CHARTER   UNSECURED          267.64             .00          223.33
JK HARRIS & COMPANY       UNSECURED       NOT FILED             .00             .00
M3 FINANCIAL SERVICES IN  UNSECURED       NOT FILED             .00             .00
VYRIDIAN REVENUE MANGEME  NOTICE ONLY     NOT FILED             .00             .00
NEXTEL COMMUNICATIONS     UNSECURED       NOT FILED             .00             .00
NICOR GAS                 UNSECURED          758.56             .00          632.97
PLS FINANCIAL SERVICES    UNSECURED       NOT FILED             .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00             .00
SPRINT PCS                UNSECURED       NOT FILED             .00             .00
T-MOBILE BANKRUPTCY       UNSECURED          310.93             .00          259.45
USA PAYDAY LOAN           UNSECURED       NOT FILED             .00             .00
VILLAGE OF BELLWOOD       UNSECURED       NOT FILED             .00             .00
NATIONAL CITY BANK        MORTGAGE ARRE      618.27             .00          618.27
GSAC                      UNSECURED       NOT FILED             .00             .00
WAL MART STORES INC       UNSECURED          153.81             .00          128.35
INTERNAL REVENUE SERVICE  UNSECURED             .00             .00             .00
GREATER SUBURBAN ACCEPTA  UNSECURED         1138.55             .00          950.05
NATIONAL CITY BANK        MORTGAGE ARRE         .00             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 26802 JAMES E KIRKENDALL SR
```

```
PEOPLES GAS LIGHT & COKE    UNSECURED          76.33              .00         63.69
GLEASON & MACMASTER         DEBTOR ATTY     2,694.00                        2,694.00
TOM VAUGHN                  TRUSTEE                                         1,009.93
DEBTOR REFUND               REFUND                                            422.05

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  16,372.05

PRIORITY                                              .00
SECURED                                          7,568.27
    INTEREST                                     1,182.31
UNSECURED                                        3,495.49
ADMINISTRATIVE                                   2,694.00
TRUSTEE COMPENSATION                             1,009.93
DEBTOR REFUND                                      422.05
                         ---------------     ---------------
TOTALS                   16,372.05              16,372.05
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated:  11/27/07            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE